AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

JOHN NEFF,

      Plaintiff,                           JUDGMENT IN A CIVIL CASE
  V.

                                    CASE NUMBER: **3:09-CV-00117-LRH-VPC**

ROBERT BANNISTER, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that defendants Bannister, Brackbill and Martin are DISMISSED from this action with prejudice. FURTHER ORDERED that in light of the dismissal of all of the defendants, this entire action is DISMISSED with prejudice.

  June 17, 2009                                                                 **LANCE S. WILSON**
                                                                                           Clerk

                                                                                          /s/ D. R. Morgan
                                                                                         Deputy Clerk